IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OLIVIA LEVARIO, individually, and on behalf of
other similarly situated individuals,

        Plaintiff,

v.     No. 1:24-cv-00995-GBW-KRS

ALLSTATE FIRE AND CASUALTY INSURANCE
COMPANY; ALLSTATE INDEMNITY COMPANY;
ALLSTATE INSURANCE COMPANY; ALLSTATE
PROPERTY AND CASUALTY INSURANCE COMPANY;
ENCOMPASS HOME AND AUTO INSURANCE COMPANY;
ENCOMPASS INSURANCE COMPANY OF AMERICA;
ENCOMPASS PROPERTY AND CASUALTY INSURANCE
COMPANY; ENCOMPASS INDEMNITY COMPANY;
ESURANCE PROPERTY AND CASUALTY INSURANCE
COMPANY; NATIONAL GENERAL INSURANCE COMPANY;
and CONTINENTAL INSURANCE COMPANY as successor by
merger to Glen Falls,

        Defendants.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION
OF ALLSTATE DEFENDANTS FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

THIS MATTER is before the Court on the ALLSTATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (Doc. 14), filed October 8, 2024.

Having reviewed the motion and record of the case, the Court FINDS that the motion shall be GRANTED. Defendants shall have seven (7) days, up to and including October 16, 2024 to answer or otherwise respond to the Plaintiff's Complaint.

SO ORDERED this 9th day of October, 2024

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By */s/ Eric R. Burris*
   Eric R. Burris
   Debashree Nandy
   201 Third Street NW, Suite 1800
   Albuquerque, NM  87102
   Telephone:  505.244.0770
   Facsimile:   505.244.9266
   Email: eburris@bhfs.com; rnandy@bhfs.com

FOX ROTHSCHILD LLP
Angela F. Ramson*
Bar No. (GA 114066)
999 Peachtree Street NE, Suite 1500
Atlanta, GA 30309
Phone: (404) 658-9726
Fax: (404) 962-1200
aramson@foxrothschild.com

Stephanie B. Fineman*
Bar No. (PA 93248)
2800 Kelly Road, Suite 200
Warrington, PA 18976
Phone: (215) 918-3545
Fax: (215) 345-7507
sfineman@foxrothschild.com

Aaron Wynhausen*
Bar No. (Missouri 72203)
4900 Main Street, Suite 150
Kansas City, MO 64112
Phone: (816) 919-7908
Fax: (816) 919-7901
awynhausen@foxrothschild.com

*Pro Hac Vice* applications to be submitted

*Attorneys for Allstate Defendants*

APPROVED BY:

LAW OFFICE OF KEDAR BHASKER, LLC

By  */s/ Electronically approved 10/08/2024*
      Kedar Bhasker
      4801 All Saints Road NW, Suite 206
      Albuquerque, New Mexico 87120
      Phone: 505-407-2088
      kedar@bhaskerlaw.com

Geoffrey Romero
LAW OFFICES OF GEOFFREY R. ROMERO
4801 All Saints Rd. NW Ste. A
Albuquerque, New Mexico 87120
Phone: 505-247-3338
geoff@geoffromerolaw.com

Nikko Harada
Christopher P. Winters
HARADA & WINTERS
Post Office Box 65659
Albuquerque, New Mexico 87193-5659
Phone: 505-484-6695
nharada@hwlawnm.com
cwinters@hwlawnm.com

Andrea D. Harris
VALLE, O'CLEIREACHAIN, ZAMORA & HARRIS, P.C.
1805 Rio Grande Boulevard NW, Suite 2
Albuquerque, New Mexico 87104
adh@vozhlaw.com

*Attorneys for the Plaintiff*

31378143